UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

February 3, 2004

10:00 A.M.

*Held 10:05 - 1:00 PM (2hr. 55 min.)*

PARTIES MUST BE AVAILABLE BY TELEPHONE IF
THEY ARE UNABLE TO ATTEND THE CONFERENCE

CASE NO. 3:02CV1304(JBA) Radesky v. First American Title Ins.

| | |
|---|---|
| Lewis D. Brey<br>Spitzer & Brey<br>239 Main Street<br>Westport, CT 06880<br>203-226-3266 | Laura Radesky |
| Huma Khan<br>Spitzer & Brey<br>239 Main Street<br>Westport, CT 06880<br>203-226-3266 | Laura Radesky |
| David W. Rubin<br>600 Summer St., Suite 201<br>Stamford, CT 06901<br>203-353-1404<br>203-357-7208 (fax)<br>drubin@dwr-law.com | James Kavanagh |
| Jennifer L. Sachs<br>Day, Berry & Howard<br>One Canterbury Green<br>Stamford, CT 06901-2047<br>203-977-7572<br>203-977-7301 (fax)<br>jlsachs@dbh.com | First American Title Ins. Co.<br>Corrine McManus<br>Stephen Maggiola |

Daniel Schwartz
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047
203-977-7536
203-977-7301 (fax)
dlschwartz@dbh.com

Vlad Gerard Spitzer
Spitzer & Brey
239 Main Street
Westport, CT 06880
203-226-3266

Sandra J. Young
Allen, Matkins, Leck,
    Gamble & Mallory
501 West Broadway, 9th Fl.
San Diego, CA 92101

First American Title Ins. Co.
Corrine McManus
Stephen Maggiola


Laura Radesky


Corrine McManus
Stephen Maggiola
First American Title Ins. Co.


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

TAPE SER1a

CT/cvmhrg (January 10, 2002)

HONORABLE _Janet Bond Arterton_

DEPUTY CLERK _P. Moore_   RPTR/ERO/TAPE _____

TOTAL TIME: ___ hours ___ minutes

DATE _2/3/04_   START TIME _12:50pm_   END TIME _1:00pm_
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Radesky_    CIVIL NO. _3:02cv1304(JBA)_

vs.

_First American Title_

Plaintiffs Counsel: _Vlad Spitzo_

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Defendants Counsel: _Daniel Schwartz_
_David Rubin_

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☒ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

(motion entries blank)

Hearing continued until _____ at _____