**EXHIBIT A**

FILED

UNITED STATES DISTRICT COURT  Feb 26  2 13 PM '04
DISTRICT OF CONNECTICUT
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| LAURA RADESKY, | : CIVIL ACTION NO. |
|         Plaintiff, | : 3:02 CV 1304 (JBA) |
| VS. | : |
| FIRST AMERICAN TITLE INSURANCE COMPANY, JAMES KAVANAGH, ESQ., STEPHEN MAGGIOLA, and CORRINE MCMANUS, | : |
|         Defendants. | : FEBRUARY 25, 2004 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate to a dismissal with prejudice of the above matter, without attorneys' fees or costs to either party. The parties stipulate to dismiss, with prejudice, all claims, demands, complaints and appeals thereof that were or could have been raised by the Plaintiff, Laura Radesky, against the Defendants, First American Title Insurance Company, James Kavanagh, Stephen Maggiola, and Corrine McManus.

71218923_1(STAMFORD)
February 18, 2004 2:09 PM

This Stipulation of Dismissal With Prejudice hereby is respectfully filed by the parties set forth below.

**PLAINTIFF LAURA RADESKY**

By_____
  Vlad Spitzer, Esq.
  Huma Khan, Esq.
  Spitzer & Brey, LLC
  239 Main Street
  Westport, CT 06880

**DEFENDANTS FIRST AMERICAN TITLE INSURANCE COMPANY, STEPHEN MAGGIOLA, and CORRINE MCMANUS**

By_____
  Daniel L. Schwartz (ct 09862)
  Jennifer L. Sachs (ct 20684)
  Day, Berry & Howard LLP
  One Canterbury Green
  Stamford, Connecticut 06901-2047

  Sandra J. Young (ct 23933)
  Allen Matkins Leck Gamble & Mallory LLP
  501 West Broadway, 9th Floor
  San Diego, California 92101

**DEFENDANT JAMES KAVANAGH**

By_____
  David Rubin, Esq.
  750 Summer Street
  Stamford, CT 06901

This Stipulation of Dismissal With Prejudice hereby is respectfully filed by the parties set forth below.

**PLAINTIFF LAURA RADESKY**

**DEFENDANTS FIRST AMERICAN TITLE INSURANCE COMPANY, STEPHEN MAGGIOLA, and CORRINE MCMANUS**

By_____
Vlad Spitzer, Esq.
Huma Khan, Esq.
Spitzer & Brey, LLC
239 Main Street
Westport, CT 06880

By_____
Daniel L. Schwartz (ct 09862)
Jennifer L. Sachs (ct 20684)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901-2047

Sandra J. Young (ct 23933)
Allen Matkins Leck Gamble & Mallory LLP
501 West Broadway, 9th Floor
San Diego, California 92101

**DEFENDANT JAMES KAVANAGH**

By_____
David Rubin, Esq.
750 Summer Street
Stamford, CT 06901