**EXHIBIT A**

FILED
Feb 26   2 13 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURA RADESKY, | : CIVIL ACTION NO. |
| | : 3:02 CV 1304 (JBA) |
| Plaintiff, | : |
| VS. | : |
| | : |
| FIRST AMERICAN TITLE INSURANCE COMPANY, JAMES KAVANAGH, ESQ., STEPHEN MAGGIOLA, and CORRINE MCMANUS, | : |
| | : |
| Defendants. | : FEBRUARY 25, 2004 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate to a dismissal with prejudice of the above matter, without attorneys' fees or costs to either party. The parties stipulate to dismiss, with prejudice, all claims, demands, complaints and appeals thereof that were or could have been raised by the Plaintiff, Laura Radesky, against the Defendants, First American Title Insurance Company, James Kavanagh, Stephen Maggiola, and Corrine McManus.

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By _____
    Deputy Clerk

71218923_1(STAMFORD)
February 18, 2004 2:09 PM